NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Evan J. Smith (SBN242352)
esmith@brodskysmith.com
Brodsky Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
877-534-2590

ATTORNEY(S) FOR: Kyle Watson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WATSON  Plaintiff(s), v. ACTIVISION BLIZZARD, INC., et al.,  Defendant(s) | CASE NUMBER:  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Kyle Watson _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KYLE WATSON | Plaintiff |
| ACTIVISION BLIZZARD, INC., | Defendant |
| REVETA BOWERS | Defendant |
| ROBERT CORTI | Defendant |
| HENDRIK HARTONG III. | Defendant |
| BRIAN KELLY | Defendant |
| BOBBY KOTICK | Defendant |
| BARRY MEYER | Defendant |
| ROBERT MORGADO | Defendant |
| PETER NOLAN | Defendant |
| DAWN OSTROFF | Defendant |
| CASEY WASSERMAN | Defendant |

February 24, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Kyle Watson