# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KYLE WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III., BRIAN KELLY, BOBBY KOTICK, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, and CASEY WASSERMAN,<br><br>    Defendants. | Case No.: 2:22-cv-01268-FLA-PD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kyle Watson ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: May 10, 2022       **BRODSKY & SMITH**

              By: */s/ Evan J. Smith*
                 Evan J. Smith
                 9595 Wilshire Blvd., Ste. 900
                 Beverly Hills, CA 90212
                 Phone: (877) 534-2590
                 Facsimile (310) 247-0160

                 *Attorneys for Plaintiff*